UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MALLGREN,<br><br>                          Plaintiff,<br><br>         -against-<br><br>UNITED NATIONS,<br><br>                          Defendant. | 25 CIVIL 2212 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 18, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 20, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge